UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATIE W. GRIFFIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-2866-MVL-SS** |
| **MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION** | |

**REPORT AND RECOMMENDATION**

On November 30, 2013, the plaintiff, Katie W. Griffin ("Griffin"), filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claim for disability insurance benefits under Title II of the Social Security Act ("Act"), 42 U.S.C. § 423. Rec. doc. 1. She is represented by counsel. Before service of the complaint, she filed a motion to dismiss. Rec. doc. 5. She reports that after further investigation into the underlying facts of the claim, she wishes to dismiss her complaint. Rec. doc. 5.

**RECOMMENDATION**

IT IS RECOMMENDED that Griffin's motion to dismiss her complaint (Rec. doc. 5) be GRANTED.

**OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 4th day of February, 2013.

                                            **SALLY SHUSHAN**
                                       **United States Magistrate Judge**