UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATIE W. GRIFFIN | CIVIL ACTION |
| VERSUS | NO: 12-2866-MVL-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the plaintiff, Katie W. Griffin, to dismiss (Rec. doc. 5) is GRANTED.

New Orleans, Louisiana, this  20th  day of  February , 2013.

**United States District Judge**